THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Andre Pernell Fernanders, Appellant.
 
 
 

Appeal from Spartanburg County
 D.  Garrison Hill, Circuit Court Judge

Unpublished Opinion No. 2007-UP-231
Submitted May 1, 2007  Filed May 15, 2007

APPEAL DISMISSED

 
 
 
 Chief Attorney, Joseph L. Savitz, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General, Salley W. Elliot, Office of the Attorney General, of Columbia; and Solicitor Harold W. Gowdy, of Spartanburg, for Respondent.  
 
 
 

PER CURIAM:  Andre Pernell Fernanders appeals his conviction for first-degree burglary and subsequent sentence of fifteen years suspended upon the service of eight years.  Fernanders contends the trial court erred in failing to grant a directed verdict on the burglary offense because the States evidence failed to rise above a mere suspicion that Fernanders was the perpetrator.  After a thorough review of the record, counsels brief, and the pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Fernanders appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.